IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALEX TREVOR ALDAY, # 154685**                                                  **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 3:23cv50-CWR-MTP**

**BILLIE SOLLIE, LAUDERDALE
COUNTY DETENTION FACILITY, and
STATE OF MISSISSIPPI**                                      **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte*. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of March, 2023.

                                                           *s/ Carlton W. Reeves*
                                                           UNITED STATES DISTRICT JUDGE